Matthew Turetsky (State Bar #23611)
E-Mail: mturetsky@schwabe.com
Stephanie P. Berntsen (State Bar #33072)
E-Mail: sberntsen@schwabe.com
SCHWABE, WILLIAMSON & WYATT
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 622-1711
Facsimile: (206) 292-0460

*Admitted Pro Hac Vice*
Andrew M. Roman
E-Mail: aroman@cohenlaw.com
David F. Russey
E-mail: drussey@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4900
Facsimile: (412) 209-0672

*Attorneys for Plaintiff*
*The Scotts Company LLC*

The Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

THE SCOTTS COMPANY LLC,

Plaintiff,

v.

UNITED CAPITOL INSURANCE COMPANY; ROBERT E. WAGNER, Acting Director of Insurance of the State of Illinois as LIQUIDATOR OF UNITED CAPITOL INSURANCE COMPANY; and OFFICE OF THE SPECIAL DEPUTY RECEIVER,

Defendants.

Case No. CV-12-031-LRS

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulated Motion for Dismissal with prejudice,

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

ECF No. 58,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without award of fees or costs.

Dated this 16th day of May, 2012.

***s/Lonny R. Suko***

Lonny R. Suko
United States District Judge

Presented By:

Schwabe, Williamson & Wyatt, P.C.

By: /s/ Stephanie P. Berntsen
Matthew Turetsky, WSBA #23611
Stephanie P. Berntsen, WSBA #33072
1420 Fifth Avenue, Ste. 3400
Seattle WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
E-Mail: mturetsky@schwabe.com
E-Mail: sberntsen@schwabe.com

ORDER OF DISMISSAL WITH PREJUDICE - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX/111586/182656/SPB/9463200.1

COHEN & GRIGSBY, P.C.

By: /s/David F. Russey
*by email authorization*
*Admitted Pro Hac Vice*
Andrew M. Roman
Pa. Id. No. 23617
aroman@cohenlaw.com
David F. Russey
Pa. Id. No. 84184
drussey@cohenlaw.com
COHEN & GRIGSBY, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4900
Facsimile: (412)209-0672

*Attorneys for Plaintiff*
*The Scotts Company LLC*

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.

By: /s/ Leslie R. Weatherhead
*by email authorization*
Leslie R. Weatherhead, WSBA #11207
Geana M. Van Dessel, WSBA #35969
422 W. Riverside Avenue, #1100
Spokane, WA 99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-Mail: lrw@sitherspoonkelley.com
E-Mail: gmv@witherspoonkelley.com

*Attorneys for Defendants United Capitol Insurance Co., Andrew Boron, Director of the State of Illinois Division of Insurance, solely in his capacity as statutory and court-affirmed Liquidator of United Capitol Insurance Co., and Office of the Special Deputy Receiver*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

THOMPSON COBURN LLP

By: /s/ Edward A. Cohen
*by email authorization*
*Admitted Pro Hac Vice*
Edward A. Cohen
55 East Monroe Street, 37th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (314) 552-7019
E-Mail: ecohen@thompsoncoburn.com

*Attorneys for Defendants United Capitol Insurance Co., Andrew Boron, Director of the State of Illinois Division of Insurance, solely in his capacity as statutory and court-affirmed Liquidator of United Capitol Insurance Co., and Office of the Special Deputy Receiver*

ORDER OF DISMISSAL WITH PREJUDICE - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

PDX/111586/182656/SPB/9463200.1